UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZENG JEAN-JAQUES,<br><br>        Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC<br><br>        Defendant. | Civil Case No.: 1:24-cv-05219-RPK-SJB<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC ONLY** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Zeng Jean-Jaques and Defendant Equifax Information Services, LLC ("Equifax"), have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter as to Defendant Equifax only. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Dated: November 12, 2024

                                              *By: /s/ Moshe Boroosan*
                                              Moshe Boroosan, Bar No. 5429915
                                              CONSUMER ATTORNEYS
                                              72-47 139th Street
                                              Flushing, New York 11367
                                              T: (718) 887-2926
                                              F: (718) 715-1750
                                              Email: mboroosan@consumerattorneys.com

                                              *Attorneys for Plaintiff,*
                                              *Zeng Jean-Jaques*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS**

By: */s/ Emily Bonner*