UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZENG JEAN-JAQUES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and TRANS UNION LLC,<br><br>　　　　Defendant. | Civil Action No. 1:24-cv-5219-RPK-JAM |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Zeng Jean-Jaques and Defendant Experian Information Solutions, Inc., that this action is hereby dismissed with prejudice as to Experian only, pursuant to Fed. R. Civ. P. 41(a) with each party to bear its own costs and fees.

Dated:  May 30, 2025

| | |
|---|---|
| */s/ Moshe Boroosan* | */s/ Stephanie M. Pryor* |
| Moshe Boroosan | Stephanie M. Pryor |
| CONSUMER ATTORNEYS | JONES DAY |
| 68-29 Main Street | 250 Vesey Street |
| Flushing NY 11367 | New York, NY 10281 |
| Telephone: (718) 887-2926 | Telephone: (212) 326-3416 |
| Email: mboroosan@consumerattorneys.com | Email: spryor@jonesday.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant*<br>*Experian Information Solutions, Inc.* |

**SO ORDERED**

_____
Hon. Rachel P. Kovner
United States District Judge