**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ZENG JEAN-JAQUES,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC<br><br>Defendant. | Civil Case No.: 1:24-cv-05219-RPK-SJB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION LLC ONLY** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Zeng Jean-Jaques and Defendant Trans Union LLC ("Trans Union"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Trans Union only. There are no remaining defendants in this matter.

Dated: New York, New York
       June 10, 2025

By: /s/ Moshe Boroosan
Moshe Boroosan, Bar No. 5429915
CONSUMER ATTORNEYS
68-29 Main Street
Flushing NY 11367
T: (718) 887-2926
F: (718) 715-1750
E: mboroosan@consumerattorneys.com

*Attorneys for Plaintiff,*
*Zeng Jean-Jaques*

/s/ Robert J. Murdoch
Robert J. Murdoch (admitted *Pro Hac Vice*)
BUCHANAN INGERSOLL & ROONEY PC
501 Grant Street, Suite 200
Pittsburgh, PA 15219
T: 412-562-1423
E: robert.murdoch@bipc.com
Andrew George Hope
Buchanan Ingersoll & Rooney PC
50 S 16th Street Suite 3200
Philadelphia, PA 19102
T: 215-665-8700
E: andrew.hope@bipc.com

*Counsel for Defendant Trans Union, LLC*

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS**

By: */s/ Irina Iakovleva*
